**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

JOE HARMON,

        Plaintiff,

v.                                  Case: 2:11-cv-00983-WEC

JIM LAMPMAN,
BARRICADE FLASHER SERVICE, INC.,
and
JOHN DOE,

        Defendants.

---

**FED.R.CIV.P. 41(a)(1)(A)(i) STIPULATION**

---

<u>Before</u>

The Honorable William E. Callahan, Jr.
United States Magistrate Judge

<u>For the Plaintiff:</u>

William F. Sulton, Esq.

PETERSON, JOHNSON & MURRAY, S.C.
733 North Van Buren Street, Floor 6
Milwaukee, Wisconsin 53202-4705
Telephone: (414) 278-8800
Facsimile: (414) 278-0920
Email: wsulton@pjmlaw.com

Dated: December 19, 2011.

COMES NOW, Plaintiff Joe Harmon, by and through his attorneys PETERSON, JOHNSON & MURRAY, S.C., and files this stipulation for dismissal, with prejudice, of this action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), in regards to Defendant John Doe and in conformity with the previously filed stipulation for dismissal, with prejudice, in regards to Defendants Jim Lampman and Barricade Flasher Service, Inc. (dkt. # 18).

Dated: December 19, 2011.

PETERSON, JOHNSON & MURRAY, S.C.
Attorneys for Plaintiff

*/s/ William F. Sulton*
William F. Sulton
State Bar No. 1070600
733 North Van Buren Street, Floor 6
Milwaukee, Wisconsin 53202-4705
Telephone: (414) 278-8800
Facsimile: (414) 278-0920
Email: wsulton@pjmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served, via the Court's CM/ECF system, a true and

correct copy of this stipulation to:

Counsel for Defendants:

**Atty. Joseph E. Gumina**
O'Neil, Cannon, Hollman, DeJong & Laing SC
111 East Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202-4807
Telephone: (414) 291-4715
Facsimile: (414) 276-6581
Email: joseph.gumina@wilaw.com


Dated: December 19, 2011.

PETERSON, JOHNSON & MURRAY, S.C.
Attorneys for Plaintiff


*/s/ William F. Sulton*
William F. Sulton
State Bar No. 1070600
733 North Van Buren Street, Floor 6
Milwaukee, Wisconsin 53202-4705
Telephone: (414) 278-8800
Facsimile: (414) 278-0920
Email: wsulton@pjmlaw.com